**Motion Denied; Order filed May 23, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00661-CV
NO. 14-11-00662-CV
_____

**ASHISH AND APARNA KAMAT, Appellants/Cross-Appellees**

**V.**

**ASHMITA UNNI PRAKASH, Appellee/Cross-Appellant**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-28312**

## ORDER

Both the plaintiff and defendants have appealed the judgment of the court below signed May 3, 2011. We consolidated the appeals. On May 13, 2013, Appellee/Cross-Appellant Ashmita Unni Prakash filed an opposed motion seeking leave to file a brief in excess of the word limits set out in Texas Rule of Appellate Procedure 9.4(i). Appellants/Cross-Appellees filed a response in opposition, and Appellee/Cross-Appellant filed a reply.

We **DENY** the motion to exceed the word limit. We **STRIKE** the responsive brief filed on May 13, 2013, by Cross-Appellant Ashmita Unni Prakash and **ORDER** Cross-Appellant to file an amended brief in compliance with the Rules of Appellate Procedure. The amended brief is due on or before **June 7, 2013.**

PER CURIAM